### Sabo, Appellant, *v.* Monongahela Railway Company, Appellant.

Argued April 28, 1961. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Albert D. Brandon,* with him *Thomas Park Shearer,* and *Brandon & Shearer,* for plaintiff.

*John David Rhodes,* with him *Pringle, Bredin & Martin,* for defendant.

OPINION PER CURIAM, May 22, 1961:
The order awarding a new trial, which is the subject of the plaintiff's appeal at No. 112, is affirmed. The defendant's appeal at No. 148 from the order denying its motion for judgment n.o.v. is dismissed.